UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PERSONNEL STAFFING GROUP,
LLC,

Plaintiff,

-v-

XL INSURANCE AMERICA, INC. *et
al.*,

Defendants.

22-CV-10259 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

This case was transferred to this Court and assigned to the undersigned.  The parties

shall, by Friday, December 9, 2022, file a joint letter summarizing:

- The nature of the claims;

- The status of the prior litigation, including the status of any discovery, pending

  deadlines, and motions;

- Whether the parties propose re-briefing any pending motions with citations to

  applicable Second Circuit authorities;

- The status and prospect of settlement discussions.

SO ORDERED.

Dated:  December 5, 2022
        New York, New York

_____
        J. PAUL OETKEN
        United States District Judge