UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PERSONNEL STAFFING GROUP, LLC, <br><br>       Petitioner, <br><br>   -v- <br><br> XL INSURANCE AMERICA, INC., *et al.*, <br><br>       Respondent. | 22-CV-10259 (JPO) <br><br> ORDER |

J. PAUL OETKEN, District Judge:

  The parties are directed to appear for oral argument regarding (i) Respondents' motion to confirm the principal arbitral award (ECF No. 104); (ii) Petitioner's motion to vacate that award (ECF No. 109); and (iii) Petitioner's pending motion to vacate the arbitral award of attorney's fees (ECF No. 120), on April 16, 2024, at 11:00 a.m. in Courtroom 706 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY 10007.

  SO ORDERED.

Dated: March 15, 2024
   New York, New York

                  _____
                      J. PAUL OETKEN
                     United States District Judge