UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PERSONNEL STAFFING GROUP, LLC,

                Petitioner,

-v-

XL INSURANCE AMERICA, INC., *et al.*,

                Respondent.

22-CV-10259 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

The oral argument scheduled for April 16, 2024, is ADJOURNED. The parties are directed to appear for oral argument regarding (i) Respondents' motion to confirm the principal arbitral award, (ECF No. 104); (ii) Petitioner's motion to vacate that award, (ECF No. 109); and (iii) Petitioner's pending motion to vacate the arbitral award of attorney's fees, (ECF No. 120), on May 9, 2024, at 11:00 a.m. in Courtroom 706 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY 10007.

        SO ORDERED.

Dated: April 3, 2024
       New York, New York

                                      J. PAUL OETKEN
                                 United States District Judge