UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
PERSONNEL STAFFING GROUP, LLC,

               Plaintiff,

  -against-                                     22 **CIVIL** 10259 (JPO)

                                                      **JUDGMENT**

XL INSURANCE AMERICA, INC.,

               Defendant.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated November 04, 2024, XL's petition to confirm the Final Award dated August 2, 2023, is GRANTED and PSG's cross-motion to vacate the Final Award is DENIED. XL's petition to confirm the Fee Award dated October 17, 2023, is GRANTED and PSG's motion to vacate the Final Award is DENIED. The Final Award dated August 2, 2023, and the Fee Award dated October 17, 2023, are hereby CONFIRMED. Judgment is hereby entered confirming the arbitration awards in Case No. 22-CV-10259 and the case is closed.

**Dated:** New York, New York

       November 04, 2024

                                                     **DANIEL ORTIZ**
                                                    **Acting Clerk of Court**

                         **BY:**
                                                    **Deputy Clerk**